IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

SAMUEL LEWIS TAYLOR, Reg. No. 166914, )
)
        Plaintiff, )
)
        v. ) No. 07-4060-CV-C-SOW
)
ROBYN COMBS, et al., )
)
        Defendants. )

### ORDER

      On November 21, 2008, United States Magistrate Judge William A. Knox recommended that plaintiff's motion for default judgment against defendant Pamela Swartz be denied. The parties were advised they could file written exceptions to the recommendation, pursuant to 28 U.S.C. § 636(b)(1)(C). No exceptions have been filed.

      A review of the record convinces the court that the recommendation of the Magistrate Judge is correct and should be adopted.

      IT IS, THEREFORE, ORDERED that the Report and Recommendation of November 21, 2008, is adopted. [88] It is further

      ORDERED that plaintiff's motion for default judgment against defendant Pamela Swartz is denied. [83]


                                                /s/Scott O. Wright
                                                SCOTT O. WRIGHT
                                                Senior United States District Judge

Dated: December 30, 2008